Scan

06-CV-05265-ORD

FILED ____ LODGED
____ RECEIVED

JUN 29 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEANNINE NEIMOYER, a single woman and as beneficiary of life insurance policies on husband, SAMUEL NEIMOYER, decedent,<br><br>Plaintiff<br><br>vs.<br><br>PRINCIPAL LIFE INSURANCE COMPANY, an Iowa corporation,<br><br>Defendants. | NO. C06-5265KLS<br><br>~~PROPOSED~~<br><br>**MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO Fed.R.Civ.P. 41(a)(1)** |

TO:   STEPHEN R. MATTHEWS, Attorney for Defendant
      Phillabaum, Ledlin, Matthews & Sheldon, PLLC
      Attorneys at Law
      421 W. Riverside, Ste. 900
      Spokane, WA 99201-0413

AND TO:
      MICHAEL BRISBIN, Attorney for Defendant
      Wilson, Elser, Moskowitz, Edelman & Dicker LLP
      525 Market Street, 17th Floor
      San Francisco, CA 94105-2725

PROPOSED
MOTION AND ORDER FOR DISMISSAL WITHOUT
PREJUDICE PURSUANT TO Fed.R.Civ.P. 41(a) - Page 1

BROUGHTON & SINGLETON, INC., P.S.
ATTORNEYS AT LAW
9057 WASHINGTON AVE N.W.
SILVERDALE, WASHINGTON 98383
(360) 692-4888 • FAX (360) 692-4987
INTERNET ADDRESS: bbroughtonlaw.com

## MOTION

Plaintiff, **JEANNINE NEIMOYER**, by and through her attorneys, Broughton & Singleton, Inc. P.S., respectfully moves the Court pursuant to Fed.R.Civ.P 41(a)(1), for an Order of voluntary dismissal dismissing this action without prejudice. This relief is properly sought as the Defendants have not answered although served with Plaintiff's Summons and Complaint.

DATED this 19th day of June, 2006.

BROUGHTON & SINGLETON, INC. P.S.

By: __s/ Dalynne Singleton__
Dalynne Singleton, WSBA #34096
Attorneys for Plaintiff Neimoyer

## ORDER

**THIS MATTER** having come on before the court upon the motion of the plaintiff for voluntary dismissal of this action without prejudice pursuant to FRCP 41(a)(1), and the court having reviewed plaintiffs' motion, and finding no answer of defendants, plaintiffs' sub-joined Proposed Order, and otherwise being fully advised, now, therefore, it is hereby

**ORDERED** that this matter be, and hereby is, dismissed without prejudice and without costs to any party.

ORDERED this 29 day of ~~July,~~ JUNE 2006.

_____
Judge/Court Commissioner

PROPOSED
MOTION AND ORDER FOR DISMISSAL WITHOUT
PREJUDICE PURSUANT TO Fed.R.Civ.P. 41(a) - Page 2

BROUGHTON & SINGLETON, INC., P.S.
ATTORNEYS AT LAW
9057 WASHINGTON AVE N.W.
SILVERDALE, WASHINGTON 98383
(360) 692-4888 • FAX (360) 692-4987
INTERNET ADDRESS: bbroughtonlaw.com

PRESENTED BY:

**BROUGHTON & SINGLETON, INC. P.S.**

By: ___s/ Dalynne Singleton___
    Dalynne Singleton, WSBA #34096
    Of Attorneys for Plaintiff

---

### Declaration of Mailing

I hereby certify that on the date stated below I provided a copy of this document via first-class mail and/or hand delivery to each counsel for defendant of record in the above-entitled case. I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED: **JUNE 19, 2006**      s/ TERESA MCLAIN
                                         **TERESA MCLAIN**

---

PROPOSED
MOTION AND ORDER FOR DISMISSAL WITHOUT
PREJUDICE PURSUANT TO Fed.R.Civ.P. 41(a) - Page 3

BROUGHTON & SINGLETON, INC., P.S.
ATTORNEYS AT LAW
9057 WASHINGTON AVE N.W
SILVERDALE, WASHINGTON 98383
(360) 692-4888 • FAX (360) 692-4987
INTERNET ADDRESS  bbroughtonlaw.com